Code No. 4050
KEITH S. K. CHING, Esq.,
245 East Liberty Street, Suite 250
Reno, Nevada 89501
Telephone: (775) 322-7877
Attorney for RICHARD F.
and DIANNIA E. PIPER

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____
DEPUTY

## IN THE UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

DAVID G. PIPER, SR.

    Plaintiff,

vs.

RICHARD F. PIPER and DIANNIA E. PIPER
individually and as husband and wife,

    Defendants.

_____/

Case No. 3:06-CV-00358

Department No.

### STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER
#### (First Request)

The parties by and through their counsel hereby stipulate to an Extension of Time to File Answer, to the Complaint that was filed on June 26, 2006, extending the time to answer up to and including August 31, 2006.

**DATED** this _21_ day of _____, 2006.

_____
KEITH S. K. CHING, Esq.
Attorney for RICHARD F. PIPER and
DIANNIA E. PIPER

_____ 8/17/06
RICHARD G. HILL, Esq.
Attorney for DAVID G. PIPER, SR.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____ August 23, 2006 _____

-1-

C:\Documents and Settings\Diana My Documents\CLIENTS\Piper\STIP FOR EXTENSION.wpd